# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANDREW VERMEULEN, | Case No. CV 15-470 SVW(JC) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| NEIL McDOWELL, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: February 1, 2017

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE